TEXAS DEPARTMENT OF CRIMINAL JUSTICE-
INSTITUTIONAL DIVISION

ODELL SMITH #422527
HUGHES UNIT.
RT. 2, BOX 4400                                    May 26, 2016
GATESVILLE, TEXAS
          76597

RECEIVED IN
COURT OF CRIMINAL APPEALS

RE: TRIAL COURT CAUSE NO. 16464-272

MAY 27 2016

Dear Abel Acosta, Clerk,
          (CCA.),

Abel Acosta, Clerk

     I recently wrote you, your office a missive, request-
ing any information you could provide me with regarding whet-
her your record show filed (PDR), Petition for Discretionary
Review in your office. You responded that "not been filed in
this Court as of above date." Your response accurate. I apolo-
gize for not being more specific regarding the information I've
Quested. Please forgive me.

     My conviction is, that is 1986. I realize that's a way
dated back. However, any information you can provide
me with concerning the (PDR), petition for discretionary
review, file in your office of that year 1986 or after. Will
be greatly appreciate or may the appellate cour I should
be in contact with.

     I truly appreciate your consideration... THANK YOU...
May GOD bless you, your family and friends.

                                        sincerely
                                        Odell Smith
                                        ODELL SMITH
                                        (TDCJ)-ID#422527